## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES, LLC<br><br>   Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., *et al.,*<br><br>   Defendants. | CIVIL ACTION NO. 6:12-CV-291 |
| SMARTPHONE TECHNOLOGIES, LLC<br><br>   Plaintiff,<br><br>v.<br><br>ZTE CORPORATION, *et al.,*<br><br>   Defendants. | CIVIL ACTION NO. 6:12-CV-350 |

### NOTICE OF COMPLIANCE

Defendants ZTE Corporation, ZTE (USA) Inc. and ZTE Solutions, Inc. ("ZTE") hereby notify the Court that ZTE, in accordance with the Court's Discovery Order [Dkt. 34], served Defendants' Technology Tutorial for U.S. Patents No. 6,466,236 and No. 6,173,316 from the Group I Patents on Plaintiff's counsel of record on April 17, 2013.

- 2 -

Dated: April 18, 2013

Respectfully submitted,

/s/ Max Ciccarelli
 Max Ciccarelli (Attorney-in-Charge)
  Texas Bar No. 00787242
  max.ciccarelli@tklaw.com
J. Michael Heinlen
  Texas Bar No. 24032287
  michael.heinlen@tklaw.com
John Pinkerton
  Texas Bar No. 16016700
  john.pinkerton@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214.969.1700
Fax: 214.969.1751

ATTORNEYS FOR DEFENDANTS ZTE CORPORATION, ZTE (USA), INC., AND ZTE SOLUTIONS, INC.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed via ECF on April 18, 2013, and was therefore served electronically on counsel for all parties.

/s/ Max Ciccarelli  
Max Ciccarelli

6904187.1